DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
JONATHAN GALATZAN (CBN: 190414)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-2727
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
        Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP,<br><br>        Defendant. | No. CV 17-4438 DSF (PLAx)<br><br>STIPULATION AND REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT<br><br>Current Response Date:<br>Claim-11/10/17; Answer-12/04/17<br><br>New Response Date:<br>Claim-12/11/17; Answer-1/4/18 |

On June 15, 2017, the government filed this action against defendant "All Right to and Interest in Viceroy Hotel Group, Held or Acquired, Directly or Indirectly, by JW Hospitality (VHG US) LLC (formerly known as Wynton Hospitality (VHG US) LLC) and JW Hospitality (VHG Intl) Ltd. (formerly known as Wynton Hospitality (VHG Intl) Ldt.)" (the "Defendant Asset").  Mubadala Development Company PJSC ("potential claimant") may have a potential interest in the Defendant Asset.

The parties have agreed to an additional extension of the deadlines set forth in Supplemental Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.  Accordingly, potential claimant's time to file a claim to the Defendant Asset is extended from November 10, 2017, to December 11, 2017, and an answer or other responding document to the complaint is extended from December 4, 2017 to January 4, 2018.

The parties agree that the extended deadlines will permit the United States and potential claimant to continue to discuss potential claimant's possible interest in the Defendant Asset.

By the signature of their attorneys hereunder, the parties stipulate and request that this Court extend the Claim deadline

/ / /

/ / /

currently set for November 10, 2017, to December 11, 2017, and extend the Answer deadline currently set for December 4, 2017, to January 4, 2018.

Dated: November 9, 2017            Respectfully submitted,

                                   DEBORAH CONNOR
                                   Acting Chief, MLARS

                                   SANDRA R. BROWN
                                   Acting United States Attorney


                                        /s/Woo S. Lee
                                   _____
                                   JOHN J. KUCERA
                                   JONATHAN GALATZAN
                                   Assistant United States Attorneys

                                   WOO S. LEE
                                   Deputy Chief, MLARS
                                   JONATHAN BAUM
                                   BARBARA LEVY
                                   Trial Attorneys, MLARS

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

3

```
 1  Dated: November 9, 2017              /s/(per e-mail confirmation)
 2                                       WILLIAM BURCK
                                         STEPHEN HAUSS
 3                                       Quinn Emanuel Urquhart & Sullivan,
                                         LLP
 4
                                         Attorney for Potential Claimant
 5                                       MUBADALA DEVELOPMENT COMPANY PJSC
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```