NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ekwan E. Rhow - SBN. 174604
Jeremy D. Matz - SBN. 199401
Naeun Rim - SBN. 263558
Patricia H. Jun - SBN. 277461
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor, Los Angeles, CA 90067
Tel: (310) 201-2100; Fax: (310) 201-2110

ATTORNEY(S) FOR: Claimants JW Hospitality (VHG Intl.) Ltd., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP,

Defendant(s).

CASE NUMBER:

17-cv-04438-DSF-PLA

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for JW Hospitality (VHG Intl.) Ltd., et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JW Hospitality (VHG US) LLC | Claimant and Owner of Interest in Defendant Asset |
| JW Hospitality (VHG Intl) Ltd | Claimant and Owner of Interest in Defendant Asset |
| FFP (Directors) Limited | Director and Manager |
| FFP (Cayman) Limited | Trustee |
| FFP Trustee (NZ) Limited | Trustee |
| Boluo Investment (US) Ltd | Beneficiary |
| Low Hock Peng | Beneficiary |
| Goh Gaik Ewe | Beneficiary |
| Low Taek Szen | Beneficiary |
| Low May Lin | Beneficiary |
| Low Taek Jho | Beneficiary |
| Mubadala Development Company PJSC | Owner of Interest in Defendant Asset |
| JW Hospitality (VHG US) Ltd. | Managing Member of Clmt JW Hospitality (VHG US) LLC |

December 20, 2017
Date

/s/Jeremy D. Matz
Signature

Attorney of record for (or name of party appearing in pro per):

Claimants JW Hospitality (VHG Intl.) Ltd., et al.