1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA, | No. CV 17-4438-DSF(PLAx) |
| Plaintiff, | |
| v. | |
| CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP, | **[PROPOSED]** **ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |
| Defendant. | |

17    Pursuant to the stipulation and request of the parties, and

18 good cause appearing, IT IS ORDERED that potential claimant Mubadala

19 Development Company PJSC's time to file a claim to the defendant

20 asset is extended to February 12, 2018 and the time to file and

21 answer or other responsive document to the complaint is extended to

22 March 5, 2018.

23

24  DATED:_____    _____

25                                          UNITED STATES DISTRICT JUDGE

26

27

28

PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
United States Department of Justice
WOO. S LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/ John J. Kucera
_____
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States
Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY E-MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **January 10, 2018**, I served a copy of: **STIPULATION AND REQUEST TO EXTEND TIME TO FILE CLAIM AND ANSWER TO INITIAL COMPLAINT BY AN ADDITIONAL 30 DAY; [PROPOSED] ORDER EXTENDING CLAIM DEADLINE TO FEBRUARY 12, 2018 AND ANSWER DEADLINE TO MARCH 5, 2018** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO:** williamburck@quinnemanuel.com; stephenhauss@quinnemanuel.com; jeffober@quinnemanuel.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **January 10, 2018** at Los Angeles, California.

/s/ *S. Beckman*
SHANNEN BECKMAN