**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV 17-4438 DSF (PLAx) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CERTAIN RIGHTS TO AND INTERSETS IN THE VICEROY HOTEL GROUP | Complaint/Warrant |

SERVE AT { 
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

THE VICEROY, LOS ANGELES CORPORATE OFFICE

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
750 NORTH SAN VINCENTE BLVD EAST STE. 1000, WEST HOLLYWOOD, CA  90069

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| AUSA CHRISTEN A. SPROULE<br>U. S. COURTHOUSE<br>312 N. SPRING STREET, 14TH FLOOR<br>LOS ANGELES, CA 90012 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

CATS: 17-FBI-003747
PLEASE SEIZE: Certain rights to and interests in the Viceroy Hotel Group.

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Christen A Sproule* | (213) 894-4493 | 6/26/17 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | 12 | *Pat Nugent* | 6/26/17 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Naeon Rym | | |
| Address (*complete only different than shown above*) | Date | Time |
| nrim@birdmarella.com | 12-4-17 | 3:00 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 | $0.00 |

REMARKS:  Served via email

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|

RECEIVED C/CA  U.S. MARSHALS SERVICE  2017 JAN 26  AM 9:

FILED  CLERK U.S. DISTRICT CENTRAL DIST. OF LOS ANGELES  2018 JAN 30  AM 11:56