UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP,<br><br>      Defendant. | No. CV 17-4438-DSF(PLAx)<br><br>**[PROPOSED]**<br>**ORDER EXTENDING TIME TO RESPOND**<br>**TO INITIAL COMPLAINT** |

    Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED that potential claimant Mubadala Development Company PJSC's time to file a claim to the defendant asset is extended to March 14, 2018 and the time to file an answer or other responsive document to the complaint is extended to April 4, 2018.

DATED: _____   _____
                                                 UNITED STATES DISTRICT JUDGE

```
PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
United States Department of Justice
WOO. S LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/ Woo S. Lee
 JOHN J. KUCERA
 JONATHAN GALATZAN
 Assistant United States
 Attorneys

 Attorneys for Plaintiff
 UNITED STATES OF AMERICA
```

2

**PROOF OF SERVICE BY E-MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **February 7, 2018**, I served a copy of: **STIPULATION AND REQUEST TO EXTEND TIME TO FILE CLAIM AND ANSWER TO INITIAL COMPLAINT BY AN ADDITIONAL 30 DAY; [PROPOSED] ORDER EXTENDING CLAIM DEADLINE TO MARCH 14, 2018, AND ANSWER DEADLINE TO APRIL 4, 2018** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO:** williamburck@quinnemanuel.com; stephenhauss@quinnemanuel.com; jeffober@quinnemanuel.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **February 7, 2018** at Los Angeles, California.

/s/ *S. Beckman*
SHANNEN BECKMAN