UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP,<br><br>    Defendant. | No. CV 17-4438-DSF(PLAx)<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED that potential claimant Mubadala Development Company PJSC's time to file a claim to the defendant asset is extended to March 14, 2018 and the time to file an answer or other responsive document to the complaint is extended to April 4, 2018.

DATED: 2/12/18

_Dale S. Fischer_
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
United States Department of Justice
WOO. S LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

　　/s/ *Woo S. Lee*
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States
Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2