UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP,<br><br>　　　　Defendant. | No. CV 17-4438-DSF(PLAx)<br><br><br><br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

　　　Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED that potential claimant Mubadala Development Company PJSC's time to file a claim to the defendant asset is extended to May 14, 2018 and the time to file an answer or other responsive document to the complaint is extended to June 4, 2018.

DATED: 4/11/18

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES DISTRICT JUDGE

```
 1   PRESENTED BY:

 2   DEBORAH CONNOR, Acting Chief
     Money Laundering and Asset Recovery Section (MLARS)
 3   United States Department of Justice
     WOO. S LEE
 4   JONATHAN BAUM
     BARBARA LEVY
 5   Criminal Division
 6   U.S. Department of Justice

 7   NICOLA T. HANNA
     United States Attorney
 8   LAWRENCE S. MIDDLETON
     Assistant United States Attorney
 9   Chief, Criminal Division
     STEVEN R. WELK
10   Assistant United States Attorney
11   Chief, Asset Forfeiture Section

12       /s/ Woo S. Lee
     JOHN J. KUCERA
13   MICHAEL R. SEW HOY
14   Assistant United States
     Attorneys
15
     Attorneys for Plaintiff
16   UNITED STATES OF AMERICA

17
18
19
20
21
22
23
24
25
26
27
28
                            2
```