UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP,<br><br>    Defendant. | No. CV 17-4438-DSF(PLAx)<br><br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

    Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED that potential claimant Mubadala Development Company PJSC's time to file a claim to the defendant asset is extended to July 22, 2019 and the time to file an answer or other responsive document to the complaint remains due 30 days after the stay is lifted in this case.

DATED: June 24, 2019

                                                           Dale S. Fischer
                                                UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
United States Department of Justice
WOO. S LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/*Woo S. Lee*
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA