UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CERTAIN RIGHTS TO AND INTERESTS IN THE VICEROY HOTEL GROUP,<br><br>    Defendant. | No. CV 17-4438-DSF(PLAx)<br><br>**[PROPOSED]**<br>**ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT** |

Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED that potential claimant Mubadala Development Company PJSC's time to file a claim to the defendant asset is extended to September 23, 2019 and the time to file an answer or other responsive document to the complaint remains due 30 days after the stay is lifted in this case.

DATED: _____        _____
                                      UNITED STATES DISTRICT JUDGE

PRESENTED BY:

WILLIAM BURCK
STEPHEN HAUSS
Quinn Emanuel Urquhart & Sullivan
Attorney for Potential Claimant MUBADALA DEVELOPMENT COMPANY PJSC


*/s/ Stephen Hauss*
_____
STEPHEN HAUSS
Quinn Emanuel Urquhart & Sullivan
Attorney for Potential Claimant MUBADALA DEVELOPMENT COMPANY PJSC

## PROOF OF SERVICE BY E-MAILING

I am over the age of 18 and not a party to the within action. I am employed by Quinn Emanuel Urquhart & Sullivan, LLP. My business address is 1300 I Street NW, 9th Floor, Washington, D.C. 20005. On **August 21, 2019**, I served a copy of: **STIPULATION AND REQUEST TO EXTEND TIME TO FILE CLAIM AND ANSWER TO INITIAL COMPLAINT BY AN ADDITIONAL 30 DAY; [PROPOSED] ORDER EXTENDING CLAIM DEADLINE TO September 23, 2019, AND ANSWER DEADLINE TO 30 DAYS AFTER THE STAY IS LIFTED upon** each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO:** barbara.levy@usdoj.gov; john.kucera@usdoj.gov; michael.r.sew.hoy@usdoj.gov; woo.lee@usdoj.gov; christen.a.sproule@usdoj.gov; jonathan.galatzan@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **August 21, 2019**.

*/s/ Stephen Hauss*
STEPHEN HAUSS